NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TUWANA ANTHONY,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2011-3145

---

Petition for review of the Merit Systems Protection Board in case no. CH0752080323-I-4.

---

## ON MOTION

---

## ORDER

TuWana Anthony moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 2 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: TuWana Anthony
 Cameron Cohick, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 2 2011

**JAN HORBALY**
**CLERK**